No. 735. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* OCHART, DEFENDANT AND APPELLANT.—Appeal from the District Court of Arecibo in a prosecution for violation of section 162 of the Penal Code. Decided December 1, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The defendant did not appear.

No. 1244. ALONSO, RIERA & Co., PLAINTIFFS AND RESPONDENTS, *v.* RIERA, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1, in an action of debt. Motion by respondents for dismissal of the appeal for failure to file a transcript of the record. Decided December 2, 1914. Appeal dismissed. *Mr. Jacinto Texidor* for the respondents. *Mr. José Martínez Dávila* for the appellant.

No. 736. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MONSEGUR, DEFENDANT AND APPELLANT.—Appeal from the District Court of Mayagüez in a prosecution for carrying prohibited weapons. Decided December 10, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

No. 724. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ROSARIO, DEFENDANT AND APPELLANT.—Appeal from the District Court of Arecibo in a prosecution for an offense against the public health. Decided December 11, 1914. Judgment affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

No. 1249. ALONSO, RIERA & Co., PLAINTIFFS AND APPELLANTS, *v.* RIERA, DEFENDANT AND RESPONDENT.—Appeal from